**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CLEAR SPRING PROPERTY AND CASUALTY COMPANY,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**LEGENDARY STAFFING, INC.,**<br><br>　　　　　**Defendant.** | Case No.: SACV 22-02332-CJC (KESx)<br><br>**JUDGMENT** |

　　In this case, Plaintiff Clear Spring Property and Casualty Group alleges that Defendant Legendary Staffing, Inc. breached its insurance policy agreements and associated large deductible program agreements.  (*See* Dkt. 14 [First Am. Compl.] ¶¶ 7–29.)  The Court granted Clear Spring's motion for default judgment after Legendary failed to defend its case.  Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Clear Spring and against Legendary in the amount of $2,735,764.35 (including $2,185,069.73 in past due deductible and reimbursement costs and

$550,694.62 in collateral which must be posted according to the terms of the policies and program agreements).

The Court also **DECLARES** that Legendary must fulfill its collateral requirements pursuant to Subsection 5a(2) of the Program Agreement, which requires that Legendary post and maintain collateral in the amount of two-hundred percent (200%) of open pending case reserves, until all losses under the Policy are settled.

DATED: March 15, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**